# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2021

## NO. 03-21-00032-CV

**Appellants, John Roberts Austin I LP d/b/a Lexus of Austin and d/b/a Lexus of Lakeway, Vicki Roberts, Abby Elizabeth Argo, Randy Phillip Hoff, Steven Derrick Walker, Michael Lee Cobb, and Edward Cooke// Cross-Appellant, Vijay Netaji, Appellants**

**v.**

**Appellee, Vijay Netaji//Cross-Appellees, John Roberts Austin I LP d/b/a Lexus of Austin and d/b/a Lexus of Lakeway, Vicki Roberts, Abby Elizabeth Argo, Randy Phillip Hoff, Steven Derrick Walker, Michael Lee Cobb, and Edward Cooke, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
### DISMISSED -- OPINION BY JUSTICE TRIANA

This is an appeal from the district court's December 21, 2020 final summary-judgment order. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-21-00540-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-21-00540-CV and dismisses cause number 03-21-00032-CV. The costs will be assessed on the disposition of cause number 03-21-00540-CV.